GEORGE v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 3. In Error to the District Court of the United States for the Southern District of New York. Proceedings by the United States against Anthony George. From the judgment, defendant brings error. Affirmed. Robert M. Moore, of New York City, for plaintiff in error. Francis G. Caffey, U. S. Atty., of New York City (Vincent H. Rothwell, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before WARD, ROGERS and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

HALLOWELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. August 12, 1918.) No. 2489. In Error to the District Court of the United States for the District of Nebraska. Thomas L. Sloan, of Washington, D. C., for plaintiff in error. Charles A. Goss and Howard Saxton, Asst. U. S. Atty., both of Omaha, Neb., for the United States.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, etc., on motion of counsel for plaintiff in error.

---

HAYDEN v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 13, 1918.) No. 50. In Error to the District Court of the United States for the Southern District of New York. Joseph Hayden was convicted of crime, and he brings error. Affirmed. Wesselman & Kraus, of New York City, for plaintiff in error. Francis G. Caffey, U. S. Atty., and John E. Walker, Asst. U. S. Atty., both of New York City, for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

HELMER v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 14, 1918. Rehearing Denied February 1, 1919.) No. 3245. In Error to the District Court of the United States for the Western District of Texas; Duval West, Judge. Ed. Helmer was convicted of selling whisky to soldiers, and brings error. Affirmed. Don A. Bliss, of San Antonio, Tex., (J. D. Robinson and C. J. Gray, both of San Antonio, Tex., on the brief), for plaintiff in error. Hugh R. Robertson, U. S. Atty., of San Antonio, Tex. (Claud J. Carter, Asst. U. S. Atty., of San Antonio, Tex., on the brief), for the United States. Before WALKER and BATTS, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. Our examination of the record in this case in the light of the argument of counsel has led us to the conclusion that no reversible error was committed. The judgment is affirmed.